### 26654. WILLIFORD v. THE STATE.

GUERRY, J. All questions presented by this writ of error are controlled by the decisions of this court in *Williford* v. *State*, 53 *Ga. App.* 334 (185 S. E. 611); *Williford* v. *State*, 56 *Ga. App.* 40 (192 S. E. 93); *Williford* v. *State*, 56 *Ga. App.* 840 (194 S. E.    ).

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED NOVEMBER 26, 1937. REHEARING DENIED DECEMBER 15, 1937.

*O. C. Hancock, Ben C. Williford, J. C. Bowden,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. W. LeCraw, J. A. Branch,* contra.